BRITTNEY LATREASE ZEIGLER
20506 SEABISCUIT
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ACIMA
9815 S MONROE ST
SANDY, UT 84070

AUTOMOBILE ACCEPTANCE
ATTN: BANKRUPTCY
1669 PHOENIX PKWY
STE 110
COLLGE PARK, GA 30349

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE BANK
PO BOX 5210
NEW HYDE PARK, NY 11042

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

EDFINANCIAL
P.O. BOX 30159
KNOXVILLE, TN 37930

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

FIRST PROGRESS
ATTN: BANKRUPTCY
PO BOX 84040
SIOUX FALLS, SD 57118

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

LEND NATION
12449 HWY 49
GULFPORT, MS 39503

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND CREDIT MGT
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO, CA 92108

NATIONAL CREDIT SYSTEM
ATTN: BANKRUPTCY
P.O. BOX 672288
ATLANTA, GA 30006

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

PROSPER FUNDING, LLC
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105

RELIANT
PO BOX 650475
DALLAS, TX 75265

SANTANDER BANK
P.O. BOX 961245
FORT WORTH, TX 76161

SINGING RIVER HOSPITAL
15200 COMMUNITY RD
GULFPORT, MS 39503

SOUTH CENTRAL REGIONAL
1220 JEFFERSON ST
LAUREL, MS 39440

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

TRANSWORLD SYSTEM INC
ATTN: BANKRUPTCY
PO BOX 15618
WILMINGTON, DE 19850