Certificate Number: 17082-MSS-DE-041210625

Bankruptcy Case Number: 26-51023



17082-MSS-DE-041210625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 3:56 o'clock PM MST, BRITTNEY ZEIGLER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 15, 2026                    By:    /s/Orsolya K Lazar

                                         Name:  Orsolya K Lazar

                                         Title:  Executive Director